## No. 14,485.

INDUSTRIAL COMMISSION ET AL. *v.* GARDNER.
(86 P. [2d] 1119)

Decided January 3, 1939.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Knous participating.

Mr. BYRON G. ROGERS, Attorney General, Mr. LOUIS SCHIFF, Assistant, Mr. FRANK C. WEST, for plaintiffs in error.

Mr. CARL W. BERUEFFY, for defendant in error.